# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 3:11-CV-0707-HDM (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) ) | November 30, 2012 |
| ENGINEERING DOCUMENTATION SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN          **REPORTER:** NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

At the October 16, 2012, case management conference in this matter, this Court ordered plaintiff's counsel to obtain one of the charging party's medical records and to do as follows: (1) review the medical records; (2) prepare a privilege log with an explanation of the EEOC's statement of claims; and (3) submit to the Court for *in camera* review redacted and unredacted copies of medical records. On November 15, 2012, plaintiff's counsel submitted these materials to chambers.

The Court has thoroughly reviewed all of the redacted and unredacted documents and has also reviewed plaintiff's privilege log. Specifically, the Court reviewed Exhibits 44 through 57, but notes that Exhibits 45 and 58 were not included in either binder. The Court also reviewed Exhibits 100 through 155, but notes that there is no Exhibit 125. Having conducted its review, the Court finds that the redactions of these exhibits are proper as more fully described in the plaintiff's privilege log.

IT IS ORDERED that the redacted exhibits shall be provided to defendant's counsel.

      IT IS FURTHER ORDERED that the EEOC shall have to and including **Friday, December 14, 2012** to pick up from the Court the documents submitted *in camera* or the copies will be destroyed.

      **IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

                      By:      /s/
                                Deputy Clerk