1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 3:11-cv-00707-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| ENGINEERING DOCUMENTATION SYSTEMS, INC., and DOES 1-10 INCLUSIVE, | ) ) ) ) | |
| Defendants. | ) ) | |

The consent decree filed April 15, 2013 (#64) is hereby approved, and the parties shall comply with the provisions thereof.

IT IS SO ORDERED.

DATED: This 17th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE